IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAPHY BATISTA MORALES                          :
                                               :
                    Petitioner,                :    3:26-cv-1439
                                               :    (JUDGE MARIANI)
        v.                                     :
                                               :
JESSICA SAGE, WARDEN,                          :
FCI LEWISBURG, *et al.*,                        :
                                               :
                    Respondents.               :

## ORDER

AND NOW, THIS __10th__ DAY OF JULY 2026, upon consideration of Petitioner Raphy

Batista Morales's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1),

Respondents' response (Doc. 7) and for the reasons set forth in the accompanying

memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED IN PART**.

2. Respondents **SHALL PROVIDE** Petitioner Raphy Batista Morales with an

individualized bond hearing before an Immigration Judge **within seven (7) days of**

**the date of this Order**. At that hearing, Respondents will bear the burden of

establishing, by clear and convincing evidence, that Petitioner's continued detention

is necessary because he presents a flight risk or danger to the community if

released.

3. Petitioner's motion to appoint counsel, (Doc. 3), is **DENIED**.

4. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Friday July 17, 2026, at 5:00 P.M.,** confirming that Petitioner Raphy Batista Morales has been provided with an individualized bond hearing and shall notify the Court of the results of that hearing.

Robert D. Mariani
United States District Judge